# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-2793

———————————————

E.T., Father of H.T., H.D.F., and
H.M.F., Minor Children,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
Steven Warrick, Judge.

April 3, 2024

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Rowe and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Keith Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office Tallahassee, and Amy L. Dilday, pro bono for the Statewide Guardian ad Litem Office, Defending Best Interests, St. Petersburg, for Guardian ad Litem.